November 3, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

MARY RIGGINS, Appellant

NO. 14-09-00495-CV                    V.

RONALD E. HILL, LINDA C. HILL, WEST COLUMBIA PLAZA LTD. AND LUCKY LINDY DEVELOPMENT, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Ronald E. Hill, Linda C. Hill, West Columbia Plaza Ltd. and Lucky Lindy Development, signed February 2, 2009, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to condition the award of appellate attorney's fees on the appellees' success on appeal.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We further order this decision certified below for observance.